UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x
NITA COSMETIK BOUTIQUE, LTD,
d/b/a JINEE JUNG COSMETICS NEW
JERSEY and CHUNGSOOK "SUSAN"
KIM,

                 Plaintiff,

   -against-                                REINSTATEMENT OF DEFAULT
                                                     JUDGMENT
JINEE JUNG COSMETICS CORP. d/b/a            05-cv-4404 (ILG)(KAM)
JINEE JUNG NEW YORK, CHIUN JUNG,
MR. C. JUNG, KYUNG SOOK CHONG,
YOUNG OH in their individual and official
capacities as officers, agents and directors
of JINEE JUNG COSMETICS CORP.,

                 Defendants.

---------------------------------------------------x

GLASSER, United States Senior District Judge

     Upon the Report and Recommendation of Magistrate Judge Matsumoto, entered on the record on March 1, 2007, which this Court hereby adopts in its entirety, it is hereby ORDERED that the default judgment against all defendants, issued by this Court on January 3, 2006, and entered on January 10, 2006, in the liquidated amount of $2,300,000.00, plus costs and disbursements of this action in the amount of $300.00, amounting in all to $2,300,300.00, is hereby reinstated.

SO ORDERED.

Dated:       Brooklyn, New York
                March 20, 2007


_____/s/_____

I. Leo Glasser
United States Senior District Judge


Copies of the foregoing memorandum and order were electronically sent to:

<u>Counsel for the Plaintiff</u>

Gary Todd Certain
The Certain Law Firm, PLLC
535 Fifth Avenue
23rd Floor
New York, NY 10017

Michael Zilberg
The Zilberg Law Firm, PLLC
535 Fifth Avenue
19th Floor
New York, NY 10017

<u>Counsel for the Defendant</u>

Peter S. Jeon
Law Offices of Peter S. Jeon
143-40 38th Avenue
Suite 206
Flushing, NY 11354